all convenient speed, together with his recommendations for a decree. The findings, conclusions, and recommendations of the special master shall be subject to consideration, revision, or approval by the Court. *Mr. Bentley W. Warren* submitted the motion for defendant.

No. 41. TYSON *v.* HARTLEY, GOVERNOR, ET AL. Argued December 2, 1929. Decided December 3, 1929. Dismissed for want of jurisdiction. *Mr. Thomas Mannix* submitted for appellant. *Mr. Edward P. Donnelly,* Assistant Attorney General of Washington, with whom *Mr. John H. Dunbar,* Attorney General, was on the brief, for appellees. *Mr. J. M. Devers,* Assistant Attorney General of Oregon, with whom *Mr. I. H. Van Winkle,* Attorney General, was on the brief, for the State of Oregon, as *amicus curiae,* by special leave of Court.

No. 247. TROCHE *v.* CALIFORNIA. Argued December 2, 1929. Decided December 9, 1929. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question, on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the act of February 13, 1925 (c. 229, 43 Stat. 936, 938), the certiorari is denied. *Mr. Ray T. Coughlin,* with whom *Mr. Roland Becsey* was on the brief, for appellant. *Messrs. U. S. Webb,* Attorney General of California, and *William F. Cleary,* Deputy Attorney General, were on the brief for appellee.